**Order entered May 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00421-CR

**GEORGE RALPH BEACHEM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82711-2019**

### ORDER

Before the Court is the State's May 3, 2022 motion for an extension of time

to file its brief. We **GRANT** the motion and **ORDER** the brief received along with

the motion filed as of the date of this order.


/s/     ERIN A. NOWELL
         JUSTICE